# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2195
L.T. Case No. 16-2015-CF-001087-A

_____

RONNIE FAY STOOKEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Ronnie Fay Stookey, Bristol, pro se.

No Appearance for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————